**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00204-CV**
_____

**IN THE INTEREST OF J.W. AND J.W.**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 18-07-09683-CV**

**ORDER**

On August 19, 2020, Alexander Williams, Appellant, filed a notice of appeal from the trial court's judgment signed on May 18, 2020. On September 1, 2020, Appellant filed a statement of inability to afford payment of court costs in the appellate court. We abate this appeal and remand the cause to the trial court for a determination of Appellant's ability to afford payment of court costs under Rule 145 of the Texas Rules of Civil Procedure. *See* Tex. R. Civ. P. 145.

Any motion to require Appellant to pay costs or to require Appellant to prove his inability to afford costs must be filed in the trial court by the appropriate party in

1

accordance with Rule 145. *See id*. R. 145(f)(1)-(4). If necessary, the trial court shall conduct a hearing and make appropriate orders. *See id*. R. 145(f)(5)-(7). Any documents filed and orders signed pursuant to Rule 145 shall be forwarded to this Court for filing as a supplemental record no later than October 1, 2020. Alternatively, a party, the trial court clerk, or the court reporter may file a status report informing this Court that additional time is needed for a determination under Rule 145. In the absence of a request for additional time, this appeal will automatically reinstate on October 12, 2020. Upon reinstatement, if an order requiring Appellant to pay costs has not been signed, Appellant will be entitled to proceed without payment of costs associated with this appeal. *See id*. R. 145(a).

ORDER ENTERED September 11, 2020.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.